**FILED - GR**

January 19, 2012 3:14 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc / _____    SCANNED BY: ____ / ____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

- - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.    **1:12-cr-22** |
| | **Janet T. Neff** |
| vs. | Hon.    **U.S. District Judge** |
| HECTOR LOPEZ-HUERTA, | |
| Defendant. | **INDICTMENT** |

_____/

The Grand Jury charges:

## COUNT 1

### Conspiracy

#### Charge

Beginning at a time unknown to the grand jury, but continuing from at least August 2010

through about December 13, 2011, in Kent County, in the Southern Division of the Western

District of Michigan, the defendant,

HECTOR LOPEZ-HUERTA,

and others known and unknown to the grand jury did knowingly conspire with each other to

willfully commit criminal copyright infringement; that is, for the purpose of commercial

advantage and private financial gain, they distributed during at least one 180-day period at least

ten (10) infringing copies of one or more copyrighted works with a total retail value of more than

$2,500, in violation of Title 17, United States Code § 506(a) and Title 18, United States Code §

2319(a) and (b)(1).

## Object of the Conspiracy

It was the object of the conspiracy for the conspirators to distribute and sell counterfeit copyrighted material to obtain money.

## Overt Acts

In furtherance of the conspiracy and to achieve and effect the object thereof, the conspirators committed and caused to be committed the following acts in Kent County, Michigan, and elsewhere:

1.    HECTOR LOPEZ-HUERTA owns TACOS EL CUNADO restaurant located at 455 Burton St. SW, Grand Rapids, Michigan.

2.    On August 4, 2010, employees at TACOS EL CUNADO sold eight DVD movies for $40.00 (five dollars a piece) from within TACOS EL CUNADO, specifically:

    a.    Shrek Forever After
    b.    The Karate Kid
    c.    The Last Airbender
    d.    Eclipse
    e.    Robin Hood
    f.    Toy Story 3
    g.    The Princess and the Frog
    h.    Jennifer's Body

3.    The DVD movies were displayed in containers near the cash register for the restaurant. The movies were copyrighted and illegally copied.

4.    On December 7, 2010, employees at TACOS EL CUNADO sold eight DVD movies for $40.00 (five dollars apiece) from within TACOS EL CUNADO, specifically

    a.    Copout
    b.    The A-Team

-2-

c. The Other Guys
d. Alpha & Omega 3D
e. Grownups
f. Despicable Me
g. the Karate Kid
h. How to Train Your Dragon

5. The DVD movies were displayed in containers near the cash register. The movies were copyrighted and illegally copied.

6. On December 6, 2011, employees at TACOS EL CUNADO sold a DVD movie titled "Set Up" for $5.00 from within TACOS EL CUNADO. The DVD movie was displayed in a container near the cash register and was among approximately 150 additional DVD movies along with 100 music CD titles. The movie "Set Up" was copyrighted and illegally copied.

7. On December 13, 2011, there were approximately 355 counterfeit music CD's and 150 counterfeit movie DVD's for a total retail value of approximately $5,455.70 located at TACOS EL CUNADO.

**18 U.S.C. § 371**
**17 U.S.C. § 506(a)**
**18 U.S.C. § 2319(a) and (b)(1)**

## COUNT 2

### Criminal Copyright Infringement

Between about June 2011, and December 13, 2011, in Kent County, in the Southern

Division of the Western District of Michigan, the defendant,

HECTOR LOPEZ-HUERTA,

and others known and unknown to the grand jury, did willfully and for the purpose of

commercial advantage and private financial gain, infringe the copyright of copyrighted works by

distributing, and aiding and abetting the distribution of, during a 180-day period, ten (10) or more

copies of copyrighted works which have a total retail value of more than $2,500.

17 U.S.C. § 506(a)(1)(A)
18 U.S.C. § 2319(a) and (b)(1)
18 U.S.C. § 2

## COUNT 3

### Harboring Illegal Aliens

Beginning at a time unknown to the grand jury and continuing to on or about December 13, 2011, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

HECTOR LOPEZ-HUERTA,

and others known and unknown to the grand jury, for the purpose of commercial advantage and private financial gain, did conceal, harbor, and shield from detection; and aid and abet the concealment, harboring, and shielding from detection, of aliens, knowing or in reckless disregard of the fact that the aliens had come to, entered, or remained in the United States in violation of law.

8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(1)(B)(I)

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

DANIEL Y. MEKARU
Assistant United States Attorney